IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW C. HOHN, )<br>        Petitioner, )<br> )<br>    vs. )<br> )<br>WESTMORELAND COUNTY DISTRICT )<br>ATTORNEY'S OFFICE, et al., )<br>        Respondents. ) | Civil Action No. 20-795 |

## ORDER OF COURT

AND NOW, this 18th day of December, 2020, after the petitioner, Andrew C. Hohn, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending that the Petition be dismissed, as moot, and granting the petitioner until December 7, 2020 to file written objections thereto, and no objections having been filed by the date of this Order, and upon independent review and consideration of the Petition, (Docket No. [5]), the Respondents' Answer, (Docket No. [10]), and the Magistrate Judge's Report and Recommendation (Docket No. [11]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Petition [5] is dismissed, as moot;

IT IS FURTHER ORDERED that because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied; and,

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                              *s/Nora Barry Fischer*
                              Nora Barry Fischer
                              Senior U.S. District Judge

cc/ecf:  All counsel of record.

cc:     ANDREW C. HOHN
            818-2019
            Westmoreland County Prison
            3000 South Grande Blvd.
            Greensburg, PA 15601
            (via first class mail)